DISMISS; Opinion issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01259-CR

### TOMMY JAMES MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-58514-Q**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers
Opinion By Chief Justice Wright

Tommy James Miller filed a notice of appeal from the trial court's order denying his "motion to obtain records and hearings." Appellate courts have jurisdiction over appeals by criminal defendants only after conviction or from certain statutorily designated appealable orders. *See Wright v. State*, 969 S.W.2d 588, 589–90 (Tex. App.—Dallas 1998, no pet.). The Court has found no authority providing the right to appeal an order denying a motion to obtain records.

We dismiss the appeal for want of jurisdiction.

_____
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121259F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TOMMY JAMES MILLER, Appellant

No. 05-12-01259-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F05-58514-Q).
Opinion delivered by Chief Justice Wright, Justices Bridges and Myers.

        Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered October 16, 2012.


_____

CAROLYN WRIGHT
CHIEF JUSTICE